Decided December 22, 2005

STATE OF CONNECTICUT *v.* KELVIN SANCHEZ

The defendant's cross petition for certification for appeal from the Appellate Court, 92 Conn. App. 112 (AC 24282), is denied.

*Pamela S. Nagy*, special public defender, in support of the cross petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided December 22, 2005